# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC

Michael S. Lamonsoff, Esq. ○◊  
Beth Kirschner, Esq. ○  
Stacey Haskel, Esq. *  
Maya Kogan, Esq. *◊  
Cris A. Alburquerque, Esq. •  
Romina Tominovic, Esq.

Ryan Sharp, Esq. ○◊▫  
Jason Lesnevec, Esq. *  
Michael Zogala, Esq. ◊○  
Ryan Charder, Esq. ○◊  
Ronny Solomon, Esq. ○◊^

Also Admitted in  
○ E.D.N.Y.  
◊ S.D.N.Y.  
∞ W.D.N.Y.  
◊ NJ Federal Court  
* Also admitted in New Jersey  
^ Also admitted in Pennsylvania  
• Also admitted in Georgia  
▫ Also admitted in Michigan

**Of Counsel**  
Darren T. Moore, Esq.  
David Carr, Esq.  
Deborah Eddy, Esq.  
Jessica Massimi, Esq.

October 30, 2020

The Honorable Gabriel W. Gorenstein  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 6B  
New York, NY 10007

**MEMORANDUM ENDORSEMENT**

Re: Letter Motion to Withdraw as Counsel Pursuant to Local Civil Rule 1.4  
*Jeannette Dick v. United States of America, et al.*  
Case No. 1:19-cv-8952

Dear Judge Gorenstein:

This letter motion is submitted on behalf of Michael Zogala, Esq. (former counsel for Plaintiff Jeannette Dick) pursuant to Local Civil Rule 1.4. I am associated with The Law Offices of Michael S. Lamonsoff, PLLC.

The Law Offices of Michael S. Lamonsoff, PLLC, were substituted as attorneys for the Plaintiff in the above-referenced matter. As such, I respectfully request that this Court issue an Order allowing me to withdraw as an attorney of record for the Plaintiff in this matter.

As per Local Civil Rule 1.4, I respectfully request that the Court issue an Order acknowledging that The Law Offices of Michael S. Lamonsoff, PLLC is entitled to an attorney's charging lien to be determined upon the conclusion of the matter.

I respectfully thank the Court for its consideration of this request.

**The application to withdraw as counsel for plaintiff is granted. Without ruling on the merits, the Court notes that counsel claims a charging lien. It is counsel's obligation to apply for an order fixing the amount of that lien at an appropriate time.**

Yours very truly,

Michael Zogala, Esq.

MZ/dch

So Ordered.

*/s/ Gabriel W. Gorenstein*  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge  
**November 2, 2020**

ALL CORRESPONDENCE TO NEW YORK OFFICE: **New York Office:** 32 Old Slip, 8th Floor, New York, NY 10005 □ **New Jersey Office:** 88 Pompton Avenue, Verona, NJ 07044 - **Main Telephone:** (212) 962-1020 □ **Toll Free:** (877) 675-4529 □ **Fax:** 212-962-3078 □ www.msllegal.com