UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEANNETTE DICK,                                  :

            Plaintiff,                         :       <u>ORDER</u>

   -v.-                                                     :
                                                                   19 Civ. 8952 (PGG) (GWG)
United States Of America et al.,                 :

            Defendants.                       :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The deadline for discovery in this matter having expired, the parties shall file by August 9, 2021, any letter to Judge Gardephe seeking permission to make a summary judgment motion. If no such letter is filed, the pretrial order materials required by Section X of Judge Gardephe's Individual Practices shall be filed by August 30, 2021.

      SO ORDERED.

Dated: August 2, 2021
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge