UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNETTE DICK,

                Plaintiff,

- against -

UNITED STATES of AMERICA and
UNITED STATES POSTAL SERVICE,

                Defendants.

**ORDER**

19 Civ. 8952 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A bench trial in this matter will begin on **February 21, 2022**, at 9:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The joint pretrial order is due on October 29, 2021. The parties' proposed findings of fact and conclusions of law, and all other materials pursuant to Rule X.C of this Court's individual rules are due on January 21, 2022. The final pretrial conference will take place on February 17, 2022 at 10:00 a.m.

Dated:  New York, New York
         August 27, 2021

SO ORDERED.

_Paul S. Gardephe_

Paul G. Gardephe
United States District Judge