UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNETTE DICK,

                Plaintiff,

- against -

UNITED STATES of AMERICA and
UNITED STATES POSTAL SERVICE,

                Defendants.

**ORDER**

19 Civ. 8952 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The pretrial conference in this action scheduled for February 17, 2022 at 10:00 a.m. will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The bench trial in this action will commence on **February 22, 2022 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
          February 16, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge