

**NIAMEHR**
LAW FIRM

30 Wall Street, 8th Floor  
New York, NY 10005

Daniel@niamehrlaw.com  
Telephone: (646) 224 - 0735  
Facsimile: (646) 661 - 3175

April 13, 2022

**By ECF**

The Honorable Gabriel W. Gorenstein  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   *Dick v. United States et al.*, No. 19 Civ. 8952 (PGG)

Dear Judge Gorenstein:

The Niamehr Law Firm respectfully withdraws its motion for an order fixing the amount of the attorneys' fees the Law Offices of Michael S. Lamonsoff PLLC is entitled to in the above-referenced action with prejudice.

We thank the Court for its attention in this matter.

Very truly yours,

Daniel J. Niamehr

CC:   **By ECF & Email**

Robert & Robert PLLC  
Attorneys for the Law Offices of Michael S. Lamonsoff, PLLC  
526 RXR Plaza  
Uniondale, New York 11556  
mfarina@robertlaw.com

Granted. Docket # 78 is deemed withdrawn.

So Ordered.

_____  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge

April 13, 2022